# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES EDWARDS AND<br>JEWANA L. SMITH<br>v.<br>JOLYNN REYNOLDS, *et al.* | §<br>§<br>§<br>§<br>§<br>§ | NO. 1:16-cv-52 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## DISMISSING CASE FOR FAILURE TO PROSECUTE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, pursuant to General Order 05-07. Judge Hawthorn has entered a report in this matter, recommending this case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Doc. No. 18. Judge Hawthorn recommended dismissing this case because Plaintiffs James Edwards and Jewana L. Smith failed to provide the court with a physical address to deliver correspondence from the court in this matter. The court has since received notice that the mailed copies of Judge Hawthorn's report to Plaintiffs has been returned as unclaimed. Doc. Nos. 19, 20. Accordingly, the court adopts Judge Hawthorn's report and **DISMISSES** this matter without prejudice in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **22** day of **March, 2017.**

_____
Ron Clark, United States District Judge